IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ROBERT ARMOR, | : | CIVIL ACTION NO. |
| | : | 1:12-CV-2719-TWT-JSA |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FEDERAL EXPRESS CORPORATE SERVICES, INC., | : | |
| | : | **NON-FINAL REPORT AND** |
| | : | **RECOMMENDATION ON A** |
| Defendant. | : | **MOTION TO DISMISS** |

This matter is before the undersigned on Defendant Federal Express Corporate Services, Inc.'s Motion to Dismiss [4] ("Motion"). Defendant filed its Motion [4] on October 23, 2012. Plaintiff on November 6, 2012 filed an Amended Complaint [6]. Because Defendant's Motion [4] is directed to Plaintiff's Complaint [1], Plaintiff's filing of his Amended Complaint [6] moots Defendant's Motion to Dismiss [4]. *See Dresdner Bank AG, Dresdner Bank AG in Hamburg v. M/V OLYMPIA VOYAGER*, 463 F.3d 1210,1215 (11th Cir. 2006) ("An amended pleading supersedes the former pleading; the original pleading is abandoned by the amendment, and is no longer part of the pleader's averments against his adversary.") (internal quotations and citation

omitted). As such, the undersigned **RECOMMENDS** that Defendant's Motion to Dismiss [4] be **DENIED WITHOUT PREJUDICE** as moot.

**IT IS SO RECOMMENDED** this 28th day of November, 2012.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE