IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT ARMOR,

   Plaintiff,

      v.

 

FEDERAL EXPRESS CORPORATE
SERVICES, INC.,

   Defendant.

CIVIL ACTION FILE
NO. 1:12-CV-2719-TWT

ORDER

This is an employment discrimination action.  It is before the Court on the

Report and Recommendation [Doc.  11] of the Magistrate Judge recommending

denying the Defendant's Motion to Dismiss [Doc.  4] without prejudice as moot.

The Court approves and adopts the Report and Recommendation as the judgment of

the Court.  The Defendant's Motion to Dismiss [Doc.  4] is DENIED.

     SO ORDERED, this 21 day of December, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge


T:\ORDERS\12\Armor\dismiss.wpd