IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT ARMOR,

   Plaintiff,

     v.

FEDERAL EXPRESS CORPORATE
SERVICES, INC.,

   Defendant.

CIVIL ACTION FILE
NO. 1:12-CV-2719-TWT

ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss [Doc. 4] without prejudice as moot. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 4] is DENIED.

SO ORDERED, this 21 day of December, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge