IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT ARMOR,

    Plaintiff,

      v.

FEDERAL EXPRESS CORPORATE
SERVICES, INC.,

    Defendant.

CIVIL ACTION FILE
NO. 1:12-CV-2719-TWT

**ORDER**

    This is an employment discrimination action.  It is before the Court on the

Report and Recommendation [Doc. 53] of the Magistrate Judge recommending

granting the Defendant's Motion for Summary Judgment [Doc. 46]. The Plaintiff's

argument that the Magistrate Judge engaged in weighing of the evidence is without

merit. The Plaintiff simply produced no evidence that racial discrimination or

retaliation played any role in his termination.   The Court approves and adopts the

Report and Recommendation as the judgment of the Court. The Defendant's Motion

for Summary Judgment [Doc. 46] is GRANTED.

SO ORDERED, this 10 day of July, 2014.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge